884 A.2d 1254

IN THE MATTER OF JOSEPH J. HALDUSIEWICZ, AN
ATTORNEY AT LAW (ATTORNEY NO. 019201983).

November 4, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–064, concluding that **JOSEPH J. HALDU-SIEWICZ** of **JERSEY CITY**, who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of six months based on his plea of guilty in Superior Court to violation of *N.J.S.A.* 2C:24–4(b)(5)(b) (fourth-degree endangering the welfare of a child), conduct in violation of *RPC* 8.4(b) (criminal act that reflects adversely on honesty, trustworthiness or fitness as a lawyer);

And **JOSEPH J. HALDUSIEWICZ** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **JOSEPH J. HALDUSIEWICZ** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective December 1, 2005, *IMO Kennedy* 177 *N.J.* 517, 831 *A.*2d 106 (2003); and it is further

ORDERED that **JOSEPH J. HALDUSIEWICZ** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.